UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert G. Lopez,<br><br>                              Plaintiff,<br><br>                    v.<br><br>New York City Tourism + Conventions, Inc. et al.,<br><br>                              Defendants. | 24-CV-7106 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Parties in this case are engaged in litigation in various other actions in this District, including *City of New York v. Lopez*, No. 21 Civ. 7862, which is before Judge Oetken. A letter filed on June 30, 2025, in that case states "the parties have tentatively agreed to a global settlement, which will resolve all of the pending litigations between them." *See* Letter Mot. for Extension of Time to Complete Discovery at 1, ECF No. 141. The case currently pending before this Court, *Lopez v. New York City Tourism + Conventions, Inc. et al.*, is referenced in the letter filed in *City of New York v. Lopez*, and the letter notes that "the tentative settlement will result in the dismissal of" both cases (as well as a case before Judge Koeltl, *Lopez v. Adams*, No. 24 Civ. 7808).

**By July 29, 2025**, the parties in this action shall file a joint letter stating whether the tentative global settlement referenced in the June 30, 2025 letter would, in fact, resolve the above-captioned case.

SO ORDERED.

Dated: July 22, 2025
         New York, New York

                                                                                    _____
                                                                                          DALE E. HO
                                                                                          United States District Judge