UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOPEZ,<br><br>     Plaintiff,<br><br>    v.<br><br>NEW YORK CITY TOURISM + CONVENTIONS, INC. et al,<br><br>     Defendants. | 24-CV-7106 (DEH)<br><br>STAY ORDER |

DALE E. HO, United States District Judge:

  On July 29, 2025, the parties submitted a joint status letter indicating that they had reached a tentative settlement. *See* ECF No. 59. The Court subsequently ordered the parties to submit a further joint status letter by September 1, 2025, indicating whether the tentative settlement referenced in their July 29th letter had been finalized. ECF No. 60. The parties submitted their joint status letter on September 2, 2025,[1] indicating that settlement "still remains to be finalized" but that "[t]he settlement agreement has been submitted to the Comptroller for approval." ECF No. 61.

  It is hereby **ORDERED** that this case is **STAYED** pending finalization of the parties' settlement agreement. The parties shall provide a status update to the Court when the Comptroller takes action on the proposed settlement agreement or within 45 days of the date of this Order, whichever comes first.

SO ORDERED.

Dated: September 2, 2025
   New York, New York

                        DALE E. HO
                        United States District Judge

---

[1] The parties' submission was timely; September 1, 2025 was a court holiday.